AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Conway, Anne C. | **2. Court or Organization**<br><br>Middle District of Florida | **3. Date of Report**<br><br>04/27/2011 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Active United States District | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>Room 6750<br>401 W. Central Blvd<br>Orlando, Fl 32801-0675 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | Trustee | Law Center Council, University of Florida College of Law |
| 3. | member, Alumni Board | John Carroll University |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | | |
| 3. | | |

**Conway, Anne C.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Laurel Homes, Inc. Salary |
| 2. | 2010 | Laurel Builders, Inc. Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Florida | 05/17-21/10 | Montevideo, Uruguay | Law in Americas seminar | airfare, food, lodging |
| 2. | The Florida Bar | 6/24-25/10 | Boca Raton, FL | convention | mileage, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ltd. Partner, Robinson Properties, Ltd. | B | Interest | M | U | | | | | |
| 2. Duplex residence, rental property, Orlando, Fl | D | Rent | M | R | | | | | see Part VIII |
| 3. Carlton Fields profit sharing trust | | None | N | T | | | | | |
| 4. Wachovia Bank | A | Interest | J | T | | | | | |
| 5. Wachovia Bank common stock now known as Wells Fargo | | None | J | W | | | | | |
| 6. Hubbel, Inc Class B common stock | B | Dividend | K | W | | | | | |
| 7. VF Corporation common stock | B | Dividend | K | W | | | | | see fn I, part VIII |
| 8. Laurel Homes, Inc common stock | A | Interest | P1 | U | | | | | |
| 9. Arbor Properties, Inc common stock | A | Interest | | W | | | | | see fn I, part VIII |
| 10. Customer Service, Inc common stock | A | Interest | K | W | | | | | see fn I, part VIII |
| 11. Laurel Agency, Inc. common stock | | None | K | W | | | | | see fn I, part VIII |
| 12. Metretek, Inc common & preferred stock | | None | J | W | | | | | see fn I, part VIII |
| 13. Johnson, Motsinger, Trismen & Sharp partnership | | None | J | W | | | | | see fn I, part VIII |
| 14. Laurel Builders, Inc common stock | | None | O | W | | | | | see fn I, part VIII |
| 15. Schrimsher Exploration, Ltd - Ltd partner | A | Interest | J | W | | | | | |
| 16. Duplex rental property Orlando, Fl | D | Rent | M | R | | | | | see Part VIII |
| 17. Merrill Lynch IRA | | | | W | | | | | see fn I, part VIII |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,000 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wachovia Bank - checking acct | A | Interest | | W | | | | | see fn 1, part VIII |
| 19. Merrill Lynch CMA fund | D | Dividend | | W | | | | | see fn 1, part VIII |
| 20. Trust income beneficial interest | C | Interest | | | | | | | see fn 2, part VIII |
| 21. MS active assests account | A | Interest | M | T | | | | | |
| 22. MS Allianz NFJ mutual fund | A | Dividend | | | Sold | 12/10/10 | J | A | |
| 23. IRA 2 MS IVY Asset Strategy mutual fund | A | Dividend | | | Sold | 12/10/10 | J | A | |
| 24. Robinson Property Ltd, General partner | C | Interest | L | U | | | | | |
| 25. Robinson Property Ltd, Limited partner | B | Interest | M | U | | | | | |
| 26. Oppenheimer Quest Bal Val A mutual fund (1) | A | Dividend | J | T | | | | | |
| 27. Berkshire Hathaway B | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII par. 3 Duplex property in Orange County, FL costing $78,891 acquired 4/1/82

Part VII par. 17 Duplex property in Orange County, FL costing $78,891 acquired 4/1/82

Footnote 1: Estimated value used where available because the owner of the asset will not provide current information. I have no way to estimate value. I have made a good faith effort to obtain the information.

Footnote 2: Trust Common stocks: Exxon-Mobile Corp, Minnesota Mining & Manufacturing, Wachovia Bank. No additional information on trust assets is available. I have made a good faith effort to obtain the information.

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 04/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544